# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

HWP Holdings LLC, et al.

                                      Plaintiff,

v.                                                         Case No.: 1:21−cv−03110
                                                          Honorable Robert W. Gettleman

Harold's Chicken Coop LLC, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 21, 2021:

       MINUTE entry before the Honorable Robert W. Gettleman: Plaintiff's second motion for extension of time [14] and motion for entry of injunctive order and plaintiffs prove−up of damages [13] is granted. Plaintiffs are directed to submit a proposed Final Judgment Order to the court's courtroom deputy. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.