IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HWP Holdings LLC, Harold's Chicken Shack Inc. <br><br> Plaintiffs, <br><br> v. <br><br> Harold's Chicken Coop LLC, Melvin Knight, <br> Best Taste Group LLC, Best Taste Venture LLC, <br> Eric Payton, Carlton Knight, <br><br> Defendants. | Case No. 1:21-cv-03110 <br><br> The Hon. Robert W. Gettleman |

**FINAL JUDGMENT ORDER**

This matter having come before the Court on Plaintiffs' Motion for injunction and prove-up, due notice having been given and this Court being advised in the premises, IT IS HEREBY ORDERED:

1) A judgment is entered in favor of Plaintiffs and against Defendants Melvin Knight, Harold's Chicken Coop LLC, Best Taste Group LLC, and Eric Payton (jointly and severably) in the amount of $83,811.00.

2) A judgment is entered in favor of Plaintiffs and against Defendants Best Taste Venture LLC & Carlton Knight (jointly and severably) in the amount of $35,061.00.

3) Defendants Melvin Knight, Harold's Chicken Coop LLC, Best Taste Group LLC, Eric Payton, Best Taste Venture LLC & Carlton Knight, are hereby enjoined and prohibited from using the Harold's Chicken Mark on any signage, marketing materials, menus, internet advertising, or any other use in commerce, and said Defendants are ordered to dispose of, delete, or destroy any such menus or signage currently in use.

ENTERED:

_____ 12/26/2021_____
The Hon. Robert W. Gettleman                Date